IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STEVEN DAVID HADARITS,                          *

             Plaintiff,                         *

v.                                                Case No.   5:25-cv-00502-MTT

                                               *

WILKINSON COUNTY GEORGIA et al.,

                                               *

             Defendants.

                                               *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of March, 2026.

                                    David W. Bunt, Clerk

                                    s/ Erin Pettigrew, Deputy Clerk